UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VANCE HENRY NILSEN,<br><br>    Petitioner,<br><br>   v.<br><br>EDMUND G. BROWN,<br><br>    Respondent. | Case No. 13-cv-04233-WHO (PR)<br><br>**ORDER OF TRANSFER** |

This federal habeas action, in which petitioner challenges the execution of a sentence he is serving at the R.J. Donovan Correctional Facility in San Diego, is TRANSFERRED to the Southern District of California, as that is the appropriate district in which his challenge should be raised. 28 U.S.C. §§ 1404(a), 2241(d); Habeas L.R. 2254-3(b). The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

**Dated:** January 7, 2014

_____
WILLIAM H. ORRICK
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

VANCE NILSEN,

        Plaintiff,

  v.

EDMUND G BROWN et al,

        Defendant.

Case Number: CV13-04233 WHO

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 7, 2014, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the U.S. Mail.

Vance Henry Nilsen D-13706
R.J. Donovan Correctional Facility
480 Alta Road
San Diego, CA 92179

Dated: January 7, 2014

Richard W. Wieking, Clerk
By: Jean Davis, Deputy Clerk